**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
MARISSA NICOLE HERNANDEZ,
Defendant.

Case No. 2:26-mj-05764

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

On October 2, 2026, Defendant Marissa Nicole Hernandez made her initial on a petition for revocation of supervised release. DFPD Aden Kahssai was appointed to represent Mr. Hernandez.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The Order issued by the District Judge, who is assigned to the case. The supervising probation officer recommended that Ms. Hernandez be cited into court, and the District Judge rejected that recommendation and ordered her to be arrested. The District Judge's order was issued only a week before Ms. Hernandez appeared in this Court, and appears to be based on the same facts presented to this Court. The Court declines to second-guess the conclusion of the District Judge who has supervisory authority over the case.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Based on the above, the Court declines to make findings as to danger.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 13, 2026

/s/

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE